# SARITA KEDIA
LAW OFFICES, P.C.

5 EAST 22ND STREET, SUITE 7B
NEW YORK, NEW YORK 10010
WWW.KEDIALAW.COM

INFO@KEDIALAW.COM

TEL: 212.681.0202
FAX: 212.898.1273

December 29, 2020

**BY ECF**

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

*Re: United States v. Abraham Kahan, 18 CR 158 (LGS)*

Dear Judge Schofield:

    I respectfully write on behalf of Abraham Kahan to request permission for him to travel to Florida from approximately January 11 until February 15, 2021, to assist his elderly father. Mr. Kahan is released on a one million dollar bond secured by $100,000 in property and is permitted to travel throughout the states of New York, New Jersey, Connecticut and Pennsylvania.

    The government has no objection to this travel request, and Pretrial Services takes no position. Mr. Kahan will provide his itinerary to Pretrial Services prior to traveling.

    We appreciate the Court's consideration of this matter.

                              Respectfully yours,
                              /s/
                              Sarita Kedia

cc:    AUSA Kimberly Ravener
        AUSA Sagar Ravi
        (By ECF)