# SARITA KEDIA
LAW OFFICES, P.C.

5 EAST 22ND STREET, SUITE 7B
NEW YORK, NEW YORK 10010
WWW.KEDIALAW.COM

INFO@KEDIALAW.COM

TEL: 212.681.0202
FAX: 212.898.1273

December 29, 2020

**BY ECF**

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

*Re: United States v. Abraham Kahan, 18 CR 158 (LGS)*

Dear Judge Schofield:

I respectfully write on behalf of Abraham Kahan to request permission for him to travel to Florida from approximately January 11 until February 15, 2021, to assist his elderly father. Mr. Kahan is released on a one million dollar bond secured by $100,000 in property and is permitted to travel throughout the states of New York, New Jersey, Connecticut and Pennsylvania.

The government has no objection to this travel request, and Pretrial Services takes no position. Mr. Kahan will provide his itinerary to Pretrial Services prior to traveling.

We appreciate the Court's consideration of this matter.

Respectfully yours,
/s/
Sarita Kedia

cc: AUSA Kimberly Ravener
AUSA Sagar Ravi
(By ECF)

Application Granted. Defendant Kahan's conditions of bail are temporarily modified to permit travel to the state of Florida from January 11, 2021 through February 15, 2021. All other conditions of bail shall remain in effect. Defendant shall provide his pretrial officer with his itinerary prior to traveling. The Clerk of the Court is directed to terminate the letter motion at docket number 29.

Dated: January 4, 2021
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**