# SARITA KEDIA
LAW OFFICES, P.C.

5 EAST 22ND STREET, SUITE 7B
NEW YORK, NEW YORK 10010
WWW.KEDIALAW.COM

INFO@KEDIALAW.COM

TEL: 212.681.0202
FAX: 212.898.1273

April 9, 2021

**BY ECF**

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

*Re: United States v. Abraham Kahan, 18 CR 158 (LGS)*

Dear Judge Schofield:

    I respectfully write on behalf of Abraham Kahan to request permission for him to travel periodically to Florida between approximately April 14 and June 6, 2021, to assist his elderly father. The government has no objection to this travel request. Mr. Kahan will provide his itinerary to Pretrial Services prior to traveling on each occasion.

    We appreciate the Court's consideration of this matter.

Respectfully yours,
/s/
Sarita Kedia

cc:    AUSA Kimberly Ravener
       AUSA Sagar Ravi
       (By ECF)