# SARITA KEDIA
LAW OFFICES, P.C.

5 EAST 22ND STREET, SUITE 7B
NEW YORK, NEW YORK 10010
WWW.KEDIALAW.COM

INFO@KEDIALAW.COM                                                             TEL: 212.681.0202
                                                                              FAX: 212.898.1273

August 15, 2023

**BY ECF**

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Application Granted.  The Clerk of the Court is directed to terminate the letter motion at docket number 39.

August 15, 2023
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

*Re: United States v. Abraham Kahan, 18 CR 158 (LGS)*

Dear Judge Schofield:

On August 14, 2023, the Court granted permission for Mr. Kahan to travel to Israel to visit his son. Pretrial Services has advised, however, that Mr. Kahan's passport has expired. Therefore, we respectfully ask that the Court grant permission for Mr. Kahan to retrieve his expired passport from Pretrial Services and renew it in order that he is able to travel to Israel.

We appreciate the Court's consideration of this matter.

Respectfully yours,
/s/
Sarita Kedia

cc:     AUSA Dian McLeod
        AUSA Daniel Nessim
        (By ECF)