UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
UNITED STATES OF AMERICA            :
                                    :
                                    :
         -against-                  :
                                    :            ORDER
                                    :
ABRAHAM KAHAN,                      :        18 Crim. 158 (GBD)
                                    :
              Defendant.            :
                                    :
------------------------------------x

GEORGE B. DANIELS, United States District Judge:

   Defendant's sentencing is scheduled for February 8, 2024 at 10:00 a.m.

Dated: New York, New York
       October 5, 2023

                                    SO ORDERED.

                                    *[signature: George B. Daniels]*

                                    GEORGE B. DANIELS
                                    United States District Judge