# SARITA KEDIA
LAW OFFICES, P.C.

5 EAST 22ND STREET, SUITE 7B
NEW YORK, NEW YORK 10010
WWW.KEDIALAW.COM

INFO@KEDIALAW.COM

TEL: 212.681.0202
FAX: 212.898.1273

May 17, 2024

**SO ORDERED:**

/s/ George B. Daniels
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE J.

Dated: MAY 21 2024

**BY ECF**

Honorable George B. Daniels
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

*Re: United States v. Abraham Kahan, 18 Cr. 158 (GBD)*

Dear Judge Daniels:

I respectfully write to request that Pretrial Services be directed to return Mr. Kahan's passport to him now that he has been sentenced to time served.

Respectfully yours,
/s/
Sarita Kedia

cc: Government counsel
    (By E-mail)