```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :   UNSEALING ORDER
                                    :
     - v. -                         :   18 Cr. 158 (GBD)
                                    :
ABRAHAM KAHAN,                      :
                                    :
                    Defendant.      :
------------------------------------X
```

Whereas filings and other docket entries relating to the above-captioned matter had previously been ordered temporarily sealed, at the application of the Government and with the defendant's consent;

Whereas the parties have conferred and believe that, because the defendant's case is now public and he has been sentenced, all filings and docket entries in this matter may now be unsealed;

IT IS ORDERED that all documents, docket entries, and transcripts in this matter shall be unsealed.

Dated: New York, New York
       MAY 21 2024

George B. Daniels
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE