# SARITA KEDIA
LAW OFFICES, P.C.

5 EAST 22ND STREET, SUITE 7B
NEW YORK, NEW YORK 10010
WWW.KEDIALAW.COM

INFO@KEDIALAW.COM

TEL: 212.681.0202
FAX: 212.898.1273

December 18, 2024

**BY ECF**

Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED:

/s/ George B. Daniels
George B. Daniels, U.S.D.J.

Dated: JAN 0 6 2025

Re: *United States v. Abraham Kahan*, 18 CR 158 (LGS)(GBD)

Dear Judge Daniels:

    I respectfully write on behalf of Abraham Kahan to request permission for him to travel to Israel to visit his son who resides there from approximately February 2 through February 16, 2025. He will provide his itinerary to his supervising probation officer. Mr. Kahan was sentenced by Your Honor on May 15, 2024, to time served with a three year period of supervised release and has been fully compliant with his release conditions.

    We appreciate the Court's consideration of this matter.

                        Respectfully yours,
                        /s/
                        Sarita Kedia

cc:    AUSA Dian McLeod
       AUSA Daniel Nessim
       (By ECF)